IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDIE C., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN COLVIN, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | 8:24CV153 <br><br> **ORDER FOR CLARIFICATION OF MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(B)** |

This case is before the Court on plaintiff Brandie C.'s Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Filing 21. The Motion states, "As reflected in counsels' itemization of hours expended, which had been included in counsels' motion for EAJA fees, [Brandie C's attorneys] expended more than 8.9 hours for work performed in federal courts." Filing 21 at 2 (¶ 8) (citing Filing 21-3). However, the cited Itemization of Time actually indicates a total of 15.4 hours of time total for both attorneys expended in federal court. Filing 21-3 (13.6 hours for Mr. Kappelman; 1.8 hours for Ms. Schram); *but see* Filing 21 at 2 (¶ 9) (calculating a "hypothetical hourly rate" based on 15.4 hours). The Court will not rule on the Motion until the uncertainty about the hours claimed is resolved. Accordingly,

IT IS ORDERED that counsel for plaintiff Brandie C. shall have to and including 12:00 p.m. on Friday, June 5, 2026, to clarify and demonstrate the number of hours on which the Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b), Filing 21, is based, or the Motion will be denied without prejudice.

Dated this 3rd day of June, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge